UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 07-cr-00089-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MITCHELL ALAN FEINGLAS,

    Defendant.

_____

**MINUTE ORDER**
_____

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Government's Unopposed Motion to Continue Change of Plea Hearing [# 8], filed March 24, 2007, is **GRANTED**.  The change of plea hearing set for Thursday, April 19, 2007, at 2:30 p.m. is **VACATED and RESET to Friday, April 27, 2007, at 3:00 p.m.**

    Dated:  March 26, 2007